1  Mark E. Merin (State Bar No. 043849)
   Paul H. Masuhara (State Bar No. 289805)
2  LAW OFFICE OF MARK E. MERIN
3  1010 F Street, Suite 300
   Sacramento, California 95814
4  Telephone:    (916) 443-6911
   Facsimile:    (916) 447-8336
5  E-Mail:       mark@markmerin.com
               paul@markmerin.com
6
7  Attorneys for Plaintiff
   JANE DOE
8
9              UNITED STATES DISTRICT COURT
10            EASTERN DISTRICT OF CALIFORNIA
11                SACRAMENTO DIVISION

12  JANE DOE,                              Case No.

13            Plaintiff,                   **DECLARATION OF** ███████
                                           **(A/K/A "JANE DOE")**
14  vs.

15  CITY OF ELK GROVE, et al.,

16            Defendants.

17        I, ███████, do declare and say:

18        1.    I am the Plaintiff in the above-captioned action. I submit this declaration in support of the

19  motion to proceed by the pseudonym "Jane Doe."

20        2.    Through this action, I have alleged that I was a victim of sexual harassment and,

21  subsequently, that I was sexually assaulted by Elk Grove Police Department sergeant Gabriel Ramos.

22        3.    I wish to maintain my privacy and not to be publicly named in this action.

23        4.    I believe that issues in this litigation are highly sensitive and personal in nature, such that

24  the public disclosure of my identity would raise a serious risk of emotional and psychological harm.

25        5.    I do not believe that proceeding by a pseudonym will be prejudicial to Defendants, since I

26  have already disclosed my true identity to Defendants prior to filing this action, and I will disclose my

27  true identity to Defendants during the course of this litigation including during discovery.

28        6.    Additionally, I have revealed my identity to local law enforcement when I filed a criminal

                                           1

1   complaint against Sergeant Ramos, following the May 3, 2021, sexual assault incident.

2        I declare under penalty of perjury of the laws of the State of California that the foregoing is true

3   and correct and that this declaration was executed on the December ___3___, 2021, at Sacramento, California.

(a/k/a "Jane Doe")

2