UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF ELK GROVE, et al.,<br><br>      Defendants. | Case No.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE'S *EX PARTE* MOTION TO PROCEED BY PSEUDONYM** |

GOOD CAUSE and special circumstances appearing, the Court GRANTS Plaintiff's *ex parte* motion to proceed by pseudonym "Jane Doe."

IT IS SO ORDERED.

Dated:

_____
United States District Judge

1

**ORDER GRANTING PLAINTIFF JANE DOE'S *EX PARTE* MOTION TO PROCEED BY PSEUDONYM**
*Doe v. City of Elk Grove*, United States District Court, Eastern District of California, Case No.