UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>       v.<br><br>CITY OF ELK GROVE; ELK GROVE POLICE DEPARTMENT; and GABRIEL RAMOS,<br><br>            Defendants. | No. 2:21-cv-02278-TLN-CKD<br><br>**ORDER** |

The Court has reviewed Plaintiff's request to proceed under the pseudonym "Jane Doe." (ECF No. 2.) Good cause and special circumstances appearing, the Court GRANTS Plaintiff's motion and she shall proceed using the pseudonym "Jane Doe" for the duration of this litigation.

IT IS SO ORDERED.

**DATED: January 4, 2022**

_____
Troy L. Nunley
United States District Judge

1